

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable C. J. Wilde
County Auditor
Nueces County
Corpus Christi, Texas

Dear Sir:

Opinion No. O-3955-A
Re: Reconsideration of Limited Conference Opinion No. O-3955

Your request for reconsideration of the holding in Limited Conference Opinion No. O-3955 has been received and carefully considered by this department.

Upon reconsideration we have reached the conclusion that Limited Conference Opinion No. O-3955 of this department is correct and we adhere to said ruling.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Wm. J. Fanning
Assistant

APPROVED FEB 5, 1942

FIRST ASSISTANT
ATTORNEY GENERAL

WJF:OO

APPROVED
OPINION COMMITTEE
BY
CHAIRMAN

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT